IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DAVID TIMOTHY STANLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:14CV986 |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On January 7, 2016, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and served on the parties in this action (ECF Nos. 14, 15), and a copy was given to the Court.

Within the time limitation set forth in the statute, counsel for Plaintiff objected to the Recommendation. (ECF No. 16.)

The Court has reviewed Plaintiff's Objection and Defendant's Response to Plaintiff's Objection and has made a *de novo* determination which is in accord with the Magistrate Judge's Recommendation. Accordingly, the Court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Plaintiff's Motion for Summary Judgment (ECF No. 10) is DENIED, that the Defendant's Motion for Judgment on the Pleadings (ECF No. 11) is GRANTED, that the Commissioner's decision finding no disability is AFFIRMED,

and that this action is dismissed with prejudice. A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 4th day of February, 2016.

/s/ Loretta C. Biggs  
United States District Judge